UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE, | CIVIL NO. 5:17-CV-0787 (GTS/ATB) |
| Plaintiff, | |
| v. | |
| SYRACUSE UNIVERSITY, | NOTICE OF SUPPLEMENTAL AUTHORITY |
| Defendant. | |

Plaintiff John Doe, respectfully provides the Court with the following supplemental authority, not available previously, relevant to the Court's consideration of the Motion To Dismiss:

*Doe v. Miami University, et al.*, 6th Cir. No. 17-3396, 2018 U.S. App. LEXIS 3075, *34 (Feb. 9, 2017) (finding sufficient allegation of gender discrimination where school "had credible information that both students had potentially violated the University's sexual misconduct policy. [School.] however, chose not to pursue disciplinary action against the female student, but only against the male student").

Respectfully submitted,

_____/s/ Catherine Josh_____
Catherine H. Josh, Esq. ((5025036)
45 Exchange Boulevard, Suite 915
Rochester, NY 14614
585-423-1974
585-325-6075 (fax)
chjesq@gmail.com

Joshua Adam Engel (Ohio No. 0075769)
(*pro hac vice*)
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

## CERTIFICATE OF SERVICE

This certifies that the foregoing was filed electronically on February 12, 2018.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

_____/s/ Joshua Engel_____
Joshua Adam Engel (Ohio No. 0075769)
(*pro hac vice*)