# WARDGREENBERG

NEW YORK   PENNSYLVANIA   NEW JERSEY   DELAWARE

Jeffrey D. Casey
Phone: (585) 454-0741
Fax:  (585) 231-1937
jcasey@wardgreenberg.com

**VIA CM/ECF**

September 27, 2018

Hon. Andrew. T. Baxter
Federal Building and US Court House
P.O. Box 7396
Syracuse, New York 13261-7396

Re:   Doe v. Syracuse University
      CIV 5:17-cv-00787-TJM-ATB
      Letter Request on Consent for Extension of Time to Answer

Dear Judge Baxter:

We represent defendant Syracuse University in the above case. Defendant's Motion to Dismiss was recently granted in part and denied in part. The deadline to answer the Complaint with respect to the remaining claim is October 1, 2018. I write to request a two week extension up to and including **October 15, 2018** for defendant to answer the Complaint. We were informed by your chambers that this request could be made to your attention by letter via the CM/ECF system.

Plaintiff's counsel, Joshua Engel, Esq., has graciously informed us he has no objection to this request. Accordingly, if this brief extension meets with Your Honor's approval we respectfully request that this application be granted. Defendant requested and was granted a one week extension to answer or move against the Complaint in September 2017. This is the first request for an extension of time to answer the Complaint since Defendant's Motion to Dismiss was granted in part and denied in part in a Decision and Order dated September 16, 2018, and is made in good faith and not for the purpose of delay.

Respectfully,

/s Jeffrey D. Casey

Jeffrey D. Casey (Bar No. 520896)

JDC

Joshua A. Engel, Esq. (Via CM/ECF)
Catherine Josh, Esq. (Via CM/ECF)

SO ORDERED: _____
Andrew T. Baxter
United States Magistrate Judge

WARD GREENBERG HELLER & REIDY LLP

1800 BAUSCH & LOMB PLACE | ROCHESTER NY 14604-2713 | T. 585 454 0700 | F. 585 423 5910 | WARDGREENBERG.COM