**WARDGREENBERG**
NEW YORK   PENNSYLVANIA   NEW JERSEY   DELAWARE

Jeffrey D. Casey
Phone: (585) 454-0741
Fax: (585) 231-1937
jcasey@wardgreenberg.com

**VIA CM/ECF**

October 11, 2019

Hon. Thomas J. McAvoy
U.S. Courthouse and Federal Building
15 Henry Street
Binghamton, New York 13901

Re:   Doe v. Syracuse University
      CIV 5:17-cv-00787-TJM-ATB
      Letter Request to Extend Time to File Opposition Papers to Plaintiff's Motion for
      Summary Judgment

Dear Judge McAvoy:

We represent the defendant in the above action. I write to request an extension for defendant to file its opposition to the motion for summary judgment filed by plaintiff on Monday. Dkt. # 63-1. The return date for the motion was originally set for December 9, and defendant's opposition was due November 22. On October 9, the motion was rescheduled with a return date of November 12, with defendant's opposition due on October 25. We write to respectfully request that the motion be restored to the original briefing schedule as follows:

November 22 – Defendant's Opposition Due
November 29 – Plaintiff's Reply Due

It is respectfully submitted that good cause exists for this request. I will be traveling on business to Denver, CO on this Sunday November 13 and not returning to New York until the evening of Thursday November 14. Due to this previously scheduled business travel, we will not have sufficient time to prepare the response to plaintiff's motion in a timely manner, and provide our client sufficient opportunity to review it in advance of filing. The opposition will require substantial work. This is a motion for summary judgment made on a complex factual record and plaintiff relies on many legal citations. In addition, our primary contact with our client is currently out on maternity leave, and her responsibilities are being covered by her colleagues in her absence, which is why we want to make sure that we give them an opportunity to review the opposition well in advance of the filing deadline.

Plaintiff's counsel informed me that he consents to this request. This is the first request for an extension of time for defendant to respond to plaintiff's motion for summary judgment. If this request meets with the Court's approval, we respectfully request that it be So Ordered.

I am available at the Court's convenience if any additional information is needed, and we thank the Court for its consideration of this request.

WARD GREENBERG HELLER & REIDY LLP

Respectfully,

/s Jeffrey D. Casey

Jeffrey D. Casey (Bar No. 520896)

JDC

Joshua A. Engel, Esq. (Via CM/ECF)
Catherine Josh, Esq. (Via CM/ECF)