UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>                  Plaintiff,<br><br>  -against-<br><br>SYRACUSE UNIVERSITY,<br><br>                  Defendant. | **STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Civil Action 5:17-CV-0787 (TJM/ATB) |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between the following undersigned counsel, representing all parties to this action, that no party hereto is an infant or incompetent, and that the action in its entirety shall be dismissed. The dismissal is both *with prejudice*, and on the merits.

Each party shall bear its own costs and expenses incurred in connection with the action, including its own attorneys' fees and expert fees.

Dated:   September 10, 2020

                                                  ENGEL & MARTIN, LLC

                                                  By:s/ Joshua Adam Engel
                                                        Joshua Adam Engel

                                                  4660 Duke Dr., Suite 101
                                                Mason, Ohio 45040
                                                Tel: (513) 445-9600
                                                engel@engelandmartin.com

                                                *Attorneys for plaintiff John Doe*

**WARD GREENBERG HELLER & REIDY LLP**

By: s/ Thomas S. D'Antonio
    Thomas S. D'Antonio (Bar Roll 510890)

    1800 Bausch & Lomb Place
    Rochester, New York 14604
    Tel.: (585) 454-0700
    TDantonio@wardgreenberg.com

    *Attorneys for defendant*
    *Syracuse University*

IT IS SO ORDERED.
DATED: September 14, 2020

_____
Thomas J. McAvoy
Senior, U.S. District Judge